IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01105-WYD-MEH

REGINALD GREEN, and
NJIDEKA FRANCES ABAJUE,

      Plaintiffs,

v.

JANET NAPOLITANO, Secretary of Homeland Security,
DISTRICT DIRECTOR, Denver District Office of the United States Citizenship and Immigration Services,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
IMMIGRATION AND CUSTOMS ENFORCEMENT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2009.**

      Defendants' Unopposed Motion to Allow for Telephonic Participation by Agency Counsel [filed July 15, 2009; docket #5] is **granted**. Flor M. Suarez shall call Chambers at (303) 844-4507 at the designated time.